RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for James Vernon Roberson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JAMES VERNON ROBERSON,<br><br>            Defendant. | Case No. 2:19-mj-200-NJK<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Rebecca Clinton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for James Vernon Roberson, that the Preliminary Hearing currently scheduled on April 9, 2019 at 4:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. The parties are in the process of negotiating a pre-indictment resolution. Additional time is needed to finalize the terms of the agreement.

2. Defendant is incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 5th day of April, 2019.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOALS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Rebecca Clinton*<br>By_____<br>REBECCA CLINTON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JAMES VERNON ROBERSON,

    Defendant.

Case No. 2:19-mj-200-NJK

**ORDER**

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on Tuesday, April 9, 2019 at the hour of 4:00 p.m., be vacated and continued to May 29, 2019, at 4:00 p.m., in Courtroom 3C.

    DATED this 5th day of April, 2019.

                                        UNITED STATES MAGISTRATE JUDGE